UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-81120-BLOOM

DENISE PAYNE,

    Plaintiff,

v.

GULFSTREAM GOODWILL INDUSTRIES, INC.,

    Defendant.
_____/

## ORDER IN ACTIONS BROUGHT UNDER THE AMERICANS WITH DISABILITIES ACT

This cause is before the Court upon a *sua sponte* examination of the record. The Complaint alleges that the Defendant violated the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181, *et seq*. In order to assist the Court in the management of this case, and in an effort to foster an early and cost-effective resolution, the parties are **ORDERED** to comply with the following procedures:

1.  No later than thirty (30) days from the date of this Order, the Defendant is to permit the Plaintiff and her designated expert access to inspect the subject property. Thereafter, the Plaintiff shall file a "Plaintiff's Inspection Report" setting forth the following:

    a.  A specific list of all alleged violations at the subject property;

    b.  An estimate of the date of construction of the subject property and, accordingly, the applicable ADA standard at issue; and

    c.  The nature of the violations, by information and belief (e.g., readily achievable if pre-existing construction and/or required by particular ADA standard).

Plaintiff is directed to file her Report by **February 5, 2016.**

      2.      Defendant shall then file "Defendant's Inspection Report" setting forth in detail the results of its own inspection of each alleged violation no later than **February 26, 2015.** Defendant shall identify any agreement it has with Plaintiff's claims or the specific defense applicable to each claim set forth in "Plaintiff's Inspection Report."

      3.      Failure to comply with any of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Miami, Florida this 14th day of December, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record